IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOVERNMENT ACCOUNTABILITY PROJECT,**<br>1612 K Street, NW, Suite #1100<br>Washington, D.C. 20006<br><br>**Plaintiff,**<br><br>v.<br><br>**U.S. DEPARTMENT OF TREASURY,**<br>1500 Pennsylvania Ave NW,<br>Washington, D.C. 20220<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff GOVERNMENT ACCOUNTABILITY PROJECT ("GAP") brings this suit to overturn Defendant U.S. DEPARTMENT OF TREASURY's failure comply with GAP's Freedom of Information Act request for a copy of the Office of Foreign Assets Control application and license for Delta Crescent Petroleum.

## PARTIES

2. Plaintiff GOVERNMENT ACCOUNTABILITY PROJECT ("GAP") is a non-profit organization serving the public by protecting government and corporate whistleblowers who expose wrongdoing.

3. Defendant U.S. DEPARTMENT OF TREASURY is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JUNE 19, 2020, FOIA REQUEST

6. On June 19, 2020, GAP submitted a FOIA request to the U.S. DEPARTMENT OF TREASURY and its component, Office of Foreign Assets Control ("OFAC"), for "[a] copy of the OFAC application and license for Delta Crescent Petroleum, license # SY-2019-363130-1." Exhibit A.

7. GAP requested a fee waiver and expedited processing. Exhibit A.

8. On June 19, 2020, U.S. DEPARTMENT OF TREASURY acknowledged receipt of the request, assigned reference number 2020-06-162 to the matter, and informed GAP that the request has been assigned to OFAC. Exhibit B.

9. In that letter, U.S. DEPARTMENT OF TREASURY indicated that OFAC will contact GAP directly concerning the request. Exhibit B.

10. On June 23, 2020, OFAC acknowledged the transfer and referral of the request from U.S. DEPARTMENT OF TREASURY. OFAC assigned an additional reference number, "OASIS No. 1127686" to the matter. Exhibit C.

11. In that letter, OFAC denied GAP's request for expedited processing. Exhibit C.

12. GAP is entitled to expedited processing because there is a compelling need for the disclosure of the requested records. GAP is primarily engaged in disseminating information and there is an urgency to inform the public about actual or alleged activity of the federal government. Delaying a response to this request would compromise a significant recognized interest to and throughout the American general public.

- 3 -

13. The subject matter of the requested records and the underlying incident raise questions as to whether the government is extracting oil resources illegally, which may also constitute a war crime. Reuters, Syria says U.S. oil firm signed deal with Kurdish-led rebels, *available at* https://www.reuters.com/article/us-syria-oil-usa/syria-says-us-oil-firm-signed-deal-with-kurdish-led-rebels-idUSKBN24Y0FD; Al-Monitor, US oil company signs deal with Syrian Kurds, *available at* https://www.al-monitor.com/pulse/originals/2020/07/us-oil-company-deal-syria-kurds-kobani-turkey-russia-sdc-sdf.html; EA Worldview, UPDATED: US Oil Company Signs Deal With Kurdish Administration in Northeast Syria, *available at* https://eaworldview.com/2020/08/us-oil-company-syria-deal-kurds/; U.S. News & World Report, Syria Says U.S. Oil Firm Signed Deal With Kurdish-Led Rebels, *available at* https://www.usnews.com/news/world/articles/2020-08-02/syria-says-us-oil-firm-signed-deal-with-kurdish-led-rebels; Politico, Little-known U.S. firm secures deal for Syrian oil, *available at* https://www.politico.com/news/2020/08/03/delta-crescent-energy-syrian-oil-391033; Al Jazeera, Syria slams US firm's oil deal with SDF as 'null and void,' *available at* https://www.aljazeera.com/news/2020/08/syria-slams-firm-oil-deal-sdf-null-void-200802162047125.html.

14. The requested records are needed as they relate to the integrity of the U.S. government's policies being carried out through private companies on foreign soil.

15. This matter is of urgent concern and goes to the heart of whether the public can have faith in government institutions—and the corporations they do business with—charged with upholding the law.

16. As of the date of this filing, U.S. DEPARTMENT OF TREASURY and its component OFAC have not issued a determination letter and have produced no responsive records to this request.

**COUNT I – U.S. DEPARTMENT OF TREASURY'S FOIA VIOLATION – EXPEDITED PROCESSING**

17. The above paragraphs are incorporated herein.

18. Defendant U.S. DEPARTMENT OF TREASURY is a federal agency, subject to FOIA.

19. The requested records are not exempt under FOIA.

20. Defendant U.S. DEPARTMENT OF TREASURY violated FOIA by failing to grant and comply with the requirements of expedited processing.

**COUNT II – U.S. DEPARTMENT OF TREASURY'S FOIA VIOLATION – FAILURE TO PRODUCE RECORDS**

21. The above paragraphs are incorporated herein.

22. Defendant U.S. DEPARTMENT OF TREASURY is a federal agency, subject to FOIA.

23. The requested records are not exempt under FOIA.

24. Defendant U.S. DEPARTMENT OF TREASURY violated FOIA by failing to produce the requested records.

**WHEREFORE,** GAP asks the Court to:

  i. declare that Defendant has violated FOIA;

  ii. order Defendant to comply with the requirements of expedited processing;

  iii. order Defendant to conduct a reasonable search for records and to produce the requested records;

  iv. enjoin Defendant from withholding non-exempt public records under FOIA;

    v.    award GAP attorneys' fees and costs; and

    vi.    award such other relief the Court considers appropriate.

Dated:  August 5, 2020

                                      RESPECTFULLY SUBMITTED,

                                      */s/ Joshua Hart Burday*

                                      Attorneys for Plaintiff,
GOVERNMENT ACCOUNTABILITY PROJECT

Matthew Topic, D.C. Bar No. IL0037
Joshua Burday, D.C. Bar No. IL0042
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com