UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY
PROJECT,

                    Plaintiff,

           v.

U.S. DEPARTMENT OF THE TREASURY,

                    Defendant.

Case No. 20-cv-2138 (TSC)

## ANSWER

Defendant the United States Department of the Treasury ("Treasury" or "Defendant"), by and through undersigned counsel, hereby answers Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff is not entitled to compel the production of records exempt from disclosure by one or more exemptions to the Freedom of Information Act ("FOIA").

### SECOND DEFENSE

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the FOIA.

### THIRD DEFENSE

Plaintiff failed to exhaust its administrative remedies.

### COMPLAINT

1. This paragraph is a characterization of Plaintiff's lawsuit, to which no response is required.

## PARTIES

2.  This paragraph contains Plaintiff's characterization of itself, to which no response is required.

3.  Admitted.

## JURISDICTION AND VENUE

4.  This paragraph consists of Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.

5.  This paragraph consists of Plaintiff's legal conclusions regarding venue, to which no response is required.

## JUNE 19, 2020, FOIA REQUEST

6.  Admitted.  Further answering, Defendant respectfully refers the Court to Plaintiff's FOIA request for a true and complete statement of its contents.  *See* Compl., Ex. A.

7.  Admitted.  Further answering, Defendant respectfully refers the Court to Plaintiff's FOIA request for a true and complete statement of its contents.  *See* Compl., Ex. A

8.  Admitted.

9.  Admitted.

10. Admitted.

11. Admitted.

12. This paragraph consists of Plaintiff's characterization of this action and conclusions of law, to which no response is required.  To the extent that a response is deemed required, the allegations are denied.

13. This paragraph fails to aver facts in support of any cause of action pleaded in the Complaint, and therefore requires no response.  To the extent that a response is deemed required,

Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint.

14.     This paragraph fails to aver facts in support of any cause of action pleaded in the Complaint, and therefore requires no response.  To the extent a response is deemed required, Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint.

15.     This paragraph fails to aver facts in support of any cause of action pleaded in the Complaint, and therefore requires no response.  To the extent a response is deemed required, Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint.

16.     Admitted.

## COUNT I

17.     In this paragraph, Plaintiff incorporates the preceding paragraphs of the Complaint. Defendant thus incorporates by reference its responses to those paragraphs.

18.     Admitted.

19.     This paragraph consists of legal conclusions, to which no response is required.

20.     This paragraph consists of legal conclusions, to which no response is required.

## COUNT II

21.     In this paragraph, Plaintiff incorporates the preceding paragraphs of the Complaint. Defendant thus incorporates by reference its responses to those paragraphs.

22.     Admitted.

23.     This paragraph consists of legal conclusions, to which no response is required.

24.     This paragraph consists of legal conclusions, to which no response is required.

## REQUESTED RELIEF

The remaining paragraphs of the Complaint constitute Plaintiff's prayer for relief to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

Each and every allegation in the Complaint not heretofore expressly admitted or denied is denied.

Dated: September 14, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By: */s/ William Chang*
WILLIAM CHANG
D.C. Bar #1030057
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2510
E-mail: William.chang2@usdoj.gov