# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Government Accountability Project )
*Plaintiff* )
)
v. )  Civil Action No. 20-cv-02138-TSC
U.S. Department of Treasury )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*  U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Burday
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 08/06/2020

/s/ Simone Bledsoe

*Signature of Clerk or Deputy Clerk*

FOIA Summons (1/13) (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __US Dept. of Treasury__
was received by me on *(date)* __8/6/2020__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons + complaint via USPS Certified Mail, Return Receipt Requested, Article No. 7019 1120 0000 5791 8454.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/7/2020__

_Blake D Ra_____
Server's signature

Blake Bunting, paralegal
Printed name and title

Loevy + Loevy
311 N. Aberdeen St, 3rd Fl
Chicago, IL 60607
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70191120000057918454

Your item was delivered at 3:43 am on August 14, 2020 in WASHINGTON, DC 20038.

## ✓ Delivered

August 14, 2020 at 3:43 am
Delivered
WASHINGTON, DC 20038

Feedback

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback