UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT,<br><br>                    Plaintiff,<br><br>           v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>                    Defendant. | Case No. 20-cv-2138 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 15, 2020, Minute Order, the Parties submit this joint status report in this Freedom of Information Act ("FOIA") matter for the Court's consideration.

Plaintiff Government Accountability Project's FOIA request seeks a copy of the Office of Foreign Assets Control ("OFAC") application and license for Delta Crescent Petroleum. Defendant U.S. Department of the Treasury ("Department") has located approximately 134 pages of records responsive to that request. These documents are currently undergoing the submitter notice process for the potential redaction of confidential commercial information under Exemption 4. *See* 5 U.S.C. § 552(b)(4). Defendant currently anticipates that all responsive, non-exempt information will be produced to Plaintiff by the first week of December 2020. Accordingly, the Parties do not believe an *Open America* stay is appropriate at this time. Further, because of the specific nature of Plaintiff's FOIA request and the limited number of responsive documents, the Parties cannot determine at this time whether a *Vaughn* index or dispositive motions will be necessary for this litigation. The Parties are hopeful that this matter can be resolved without substantial additional involvement by the Court.

Given the above, the Parties respectfully propose that the Court enter an order requiring another joint status report by December 15, 2020, updating the Court on the status of the production.  A Proposed Order is also attached for the Court's consideration.

Dated:  October 29, 2020

Respectfully Submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ William Chang
WILLIAM CHANG
D.C. Bar #1030057
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:   (202) 252-2510
William.chang2@usdoj.gov

Counsel for Defendant


/s/ Matthew Topic
MATTHEW TOPIC; Bar No. IL0037
MERRICK WAYNE; Bar No. IL0058
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
Tel: (312) 243-5900
foia@lovevy.com

Counsel for Plaintiff