UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Case No. 20-cv-2138 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' October 29, 2020, Joint Status Report, it is hereby **ORDERED** that the Parties shall file a further joint status report on or before December 15, 2020, updating the Court on the status of Plaintiff's FOIA request and what, if any, additional litigation is necessary for this case.

**SO ORDERED.**


Date: _____                    _____
                                        United States District Judge