UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, Plaintiff, v. U.S. DEPARTMENT OF THE TREASURY, Defendant. | ))))))))))))) Civil Action No. 20-2138 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 8, 2020, Minute Order, and consistent with the parties' December 15, 2020, Joint Status Report, ECF No. 11, the parties submit this joint status report.

In this Freedom of Information Act ("FOIA") litigation, Plaintiff Government Accountability Project seeks a copy of the Office of Foreign Assets Control ("OFAC") application and license for Delta Crescent Petroleum. As previously reported, Defendant U.S. Department of the Treasury located approximately 134 pages of records responsive to that request. On December 9, 2020, OFAC issued a final response to Plaintiff's FOIA request, releasing 20 pages in full and 16 pages in part, and withholding 98 pages.

Plaintiff is currently reviewing the release and requires additional time to determine what issues, if any, remain for adjudication and confer with Defendant. Accordingly, the parties propose that they submit another joint status report by February 17, 2021, addressing any remaining issues and, if necessary, proposing a schedule for further proceedings. A proposed order accompanies this submission.

\* \* \*

Dated: January 14, 2021						Respectfully submitted,

										MICHAEL R. SHERWIN
										Acting United States Attorney

										BRIAN P. HUDAK
										Acting Chief, Civil Division

							By:		/s/ Robert A. Caplen
										Robert A. Caplen, D.C. Bar No. 501480
										Assistant United States Attorney
										555 Fourth Street, N.W.
										Washington, D.C. 20530
										(202) 252-2523
										robert.caplen@usdoj.gov

										*Counsel for Defendant*


										/s/ Merrick Wayne
										Matthew Topic, Bar No. IL0037
										Merrick Wayne, Bar No. IL0058
										Loevy & Loevy
										311 N. Aberdeen Street, Third Floor
										Chicago, IL 60607
										(312) 243-5900
										foia@loevy.com

										*Counsel for Plaintiff*