UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendant. | Civil Action No. 20-2138 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 15, 2021, Minute Order, the parties submit this joint status report. In this Freedom of Information Act ("FOIA") litigation, Plaintiff Government Accountability Project seeks a copy of the Office of Foreign Assets Control ("OFAC") application and license for Delta Crescent Petroleum. As previously reported, Defendant U.S. Department of the Treasury located approximately 134 pages of records responsive to that request. On December 9, 2020, OFAC issued a final response to Plaintiff's FOIA request, releasing 20 pages in full and 16 pages in part pursuant to FOIA Exemptions 4 and 6, and withholding 98 pages pursuant to FOIA Exemptions 4 and 6.

Plaintiff completed its review of the release and raised an issue related to certain withholdings under FOIA Exemption 4. The parties require additional time to confer about the Exemption 4 issue Plaintiff has identified. Accordingly, and consistent with the Court's January 15, 2021, Minute Order, the parties shall file another joint status report advising the Court of the progress of their discussions and, if necessary, proposing a schedule for further proceedings on or before April 19, 2021.

Dated: February 17, 2021 Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Robert A. Caplen
Robert A. Caplen, D.C. Bar No. 501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*


/s/ Merrick Wayne
Matthew Topic, Bar No. IL0037
Merrick Wayne, Bar No. IL0058
Loevy & Loevy
311 N. Aberdeen Street, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*